IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SHANRONG ZHANG                                                    PETITIONER

VERSUS                                      Cause No. 5:26-cv-280-DCB-BWR

WARDEN RAFAEL VERGARA,                                           RESPONDENTS
*Adams County Correctional
Center* AND
BRIAN ACUNA,
*Acting Field Office Director,
Enforcement and Removal Operations*

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 8], which recommends that Petitioner Shanrong Zhang's ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot because Petitioner has been released from detention pursuant to an Order of Supervision. Id. On May 28, 2026, Judge Rath issued this Report and objections were due by June 11, 2026. No party objected to the Report and the time to do so has now passed.

## I.   DISCUSSION

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the

"clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

## II.   CONCLUSION

The Court, having considered Petitioner Shanrong Zhang's Petition [ECF No. 1], Respondent's Motion to Dismiss [ECF No. 6], and Petitioner's Response in Support of Respondent's Motion [ECF No. 7], the record, relevant law, and Magistrate Judge Rath's Report [ECF No. 8], finds that Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice as moot. The Court adopts Judge Raths's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 8] is hereby ADOPTED and the action is DISMISSED.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 18 day of June, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE